# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SHANNON YOUNG,
Individually and on behalf of
all others similarly situated                                          PLAINTIFF

v.                  CASE NO. 4:18-CV-00246 BSM

QUEST TRANSPORTATION, LLC, et al.                    DEFENDANTS

## ORDER

The parties' proposed settlement agreement is approved and this case is dismissed with prejudice. The parties have settled plaintiff's Fair Labor Standards Act ("FLSA") and Arkansas Minimum Wage Act ("AMWA") claims against defendants and now seek approval of the proposed settlement agreement and dismissal of the case [Doc. No. 28]. Because both statutes impose the same overtime requirements, they are analyzed similarly. *See Arkansas Dep't of Veterans Affairs v. Okeke*, 466 S.W.3d 399, 403 (Ark. 2015).

To approve a settlement in an FLSA case, the court must ensure that the parties are not negotiating around the FLSA's requirements and that the settlement agreement represents a fair and reasonable resolution of a bona fide dispute. *Cruthis v. Vision's*, NO. 4:12CV00244KGB, 2014 WL 4092325, at *1 (E.D. Ark. Aug. 19, 2014). The parties' proposed agreement and the entire record herein indicate the parties are not attempting to negotiate around the FLSA's requirements, and plaintiff's recovery is fair and reasonable and furthers the goals of the FLSA and the AMWA. The settlement is therefore approved and this case is dismissed with prejudice. Moreover, jurisdiction is retained for thirty days to

enforce the terms of the agreement, as necessary, to vacate this order and the accompanying judgment, and to reopen the case if it is satisfactorily shown that the agreement has not been completed and further litigation is needed.

IT IS SO ORDERED this 19th day of December 2019.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE