# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHANNON YOUNG,**
**Individually and on behalf of**
**all others similarly situated**                                                      **PLAINTIFF**

v.                          **CASE NO. 4:18-CV-00246 BSM**

**QUEST TRANSPORTATION, LLC, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE